August 20, 1958

**No. 62320.**—Camera Specialty Company, Inc. v. United States, protest 314620–K (A).——Abstract 62138. (Initial No. 315411–K.) Plaintiff's application for rehearing granted.

Before the Second Division, August 26, 1958

**No. 62321.**—Hudson Shipping Co., Inc. v. United States, protest 297322–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of birdcages the same in all material respects as those the subject of *Heemsoth & Basse* v. *United States* (72 Treas. Dec. 385, T. D. 49191), the claim of the plaintiff was sustained.

**No. 62322.**—J. E. Bernard & Company, Inc. v. United States, protest 315388–K/8984 (Chicago).

Opinion by Lawrence, J. The protest was dismissed.

**No. 62323.**—The American Import Company v. United States, protest 279905–K (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects, except as to the component material of chief value, to the hats the subject of Abstract 58730, the claim of the plaintiff was sustained.